No. 276, Misc.  KNETZER *v.* SCHULTZ, ACTING U. S. MARSHAL.  Motion for leave to file petition for writ of habeas corpus denied.  MR. JUSTICE BLACK, MR. JUSTICE REED, and MR. JUSTICE DOUGLAS are of the opinion that the application should be transferred under 28 U. S. C. § 2241 (b).  *Donald H. Dalton* and *Manuel M. Wiseman* for petitioner.

No. 271, Misc.  UNITED STATES *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ET AL.  Motion for leave to file petition for writ of mandamus dismissed on motion of counsel for the petitioner.  *Acting Solicitor General Stern* for the United States.

No. 102.  BRATBURD ET AL. *v.* MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.  *T. Emmett McKenzie* for petitioners.  *Hall Hammond,* Attorney General of Maryland, and *Kenneth C. Proctor,* Assistant Attorney General, for respondent.

No. 357.  GORDON WOODROFFE CORP. *v.* UNITED STATES.  Court of Claims.  Certiorari denied.  *John G. Jackson* for petitioner.  *Solicitor General Cummings, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.